# IN THE SUPREME COURT OF THE STATE OF NEVADA

MALCOLM BROOKS,
                              Appellant,
            vs.
BANK OF AMERICA,
                              Respondent.

No. 75595

**FILED**

MAY 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
         DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal form a district court order affirming a judgment of the justice court. Eighth Judicial District Court, Clark County; Mark B. Bailus, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev, Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.[1]

_____ *Cherry*, J.
Cherry

_____ , J.        _____ , J.
Parraguirre                 Stiglich

---

[1]We deny as moot appellant's motion for leave to proceed in forma pauperis and respondent's motion to dismiss.

18-18005

cc: Hon. Mark B. Bailus, District Judge
Malcolm Brooks
Rausch, Sturm, Israel, Enerson & Hornik, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A